UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-5266 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Richard Odey,<br><br>            Plaintiff,<br><br>    vs.<br><br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, RICHARD ODEY and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/9, 2009        By: _____

GOLDENBERG & JOHNSON, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Telephone: (612) 333-4662
Facsimile: (612) 339-8168
ATTORNEYS FOR PLAINTIFF

DATED: Oct. 12, 2009    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Defendants' Liaison Counsel

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
3
4  Dated: 10/16/09
5
6  Hon. Charles R. Breyer
   United States District

   IT IS SO ORDERED
   Judge Charles R. Breyer

   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE